1  | Todd Espinosa (SBN 209591)
Law Office of Todd Espinosa
2  | 2000 Broadway Street, Suite 333
Redwood City, California 94063
3  | 650-241-3873 telephone
650-409-2550 facsimile
4  | tie@toddespinosalaw.com
*Attorney for Plaintiffs LaVonna Castellano*
5  | *and Project Sentinel, Inc.*

John P. Hallissy
Sacino, Bertolino & Hallissy
A Professional Corporation
608 University Avenue
Sacramento, California 95825
Telephone (916) 649-2214
Facsimile (916) 649-9241
jhallissy@sbhlawoffice.com
*Attorney for Defendants Access Premier*
*Realty, Inc., Daniel Akulow, Dolores*
*Valenzuela and Elvia J. Addison*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONNA CASTELLANO; and PROJECT SENTINEL, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>ACCESS PREMIER REALTY, INC. d/b/a Access Property Management; DANIEL AKULOW; DOLORES VALENZUELA; and ELVIA J. ADDISON, Individually and as Trustee, Disclaimer Trust, Addison Revocable Trust dated June 24, 1999,<br><br>        Defendants. | Case No. 1:15-cv-00407-MCE-MJS<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT; ORDER THEREON**<br><br>Date:  n/a<br>Time:  n/a<br>Before:  Hon. Morrison C. England, Jr. |

CASTELLANO, et al. v. ACCESS PREMIER REALTY, et al., No. 1:15-cv-00407-MCE-MJS
STIPULATION REGARDING JOINT SCHEDULING REPORT; ORDER THEREON

1    WHEREAS, this action under the Fair Housing Act was originally assigned to the

2   Honorable Michael J. Seng;

3    WHEREAS, counsel for Plaintiffs LaVonna Castellano and Project Sentinel, Inc.

4   (collectively, "Plaintiffs") and Defendants Access Premier Realty, Inc., Daniel Akulow, Dolores

5   Valenzuela and Elvia Addison (collectively, "Defendants") held their conference pursuant to

6   Federal Rule of Civil Procedure 26(f) in accordance with Judge Seng's order setting an initial

7   scheduling conference (ECF No. 3);

8    WHEREAS, this action was later reassigned to the Honorable Morrison C. England, Jr.,

9   which reassignment vacated the initial scheduling conference that was then calendared (ECF

10   Nos. 12 and 13);

11    WHEREAS, after the reassignment of the case, counsel for Plaintiffs and Defendants

12   diligently litigated this action, conducting discovery, engaging in further pleading and motion

13   practice, retaining the services of a private mediator and attending an in-person mediation

14   session with their counsel;

15    WHEREAS, the Court recently issued its order on partial summary judgment regarding

16   Defendants' liability (ECF No. 38);

17    WHEREAS, counsel for Plaintiffs and Defendants are actively engaged in settlement

18   discussions and have scheduled a further in-person mediation session for August 8, 2016;

19    WHEREAS, on July 12, 2016, the Court issued an order requiring a Joint Scheduling

20   Report;

21    WHEREAS, in light of the on-going settlement discussions and the upcoming mediation,

22   an extension of time for the submission of the Joint Scheduling Report is likely to avoid the

23

24   CASTELLANO, et al. v. ACCESS PREMIER REALTY, et al., No. 1:15-cv-00407-MCE-MJS
STIPULATION REGARDING JOINT SCHEDULING REPORT; ORDER THEREON

1  unnecessary expenditure of resources and time on the part of Plaintiffs, Defendants, their counsel

2  and the Court;

3        THEREFORE, Plaintiffs and Defendants through their counsel hereby STIPULATE to

4  the issuance of an order extending the time for the filing of the Joint Status Report to <u>August 26,</u>

5  <u>2016</u> and respectfully request that the Court issue such order.

6                                    Respectfully submitted, stipulated and agreed,

7

8  Date:  July 19, 2016                    */s/ Todd Espinosa*
                                          Todd Espinosa
9                                          Law Office of Todd Espinosa
                                          2000 Broadway Street, Suite 333
10                                         Redwood City, California 94063
                                          tie@toddespinosalaw.com
11                                         650-241-3873 telephone
                                          650-409-2550 facsimile
12                                         *Attorney for Plaintiffs LaVonna Castellano and*
                                          *Project Sentinel, Inc.*
13

14

15  Date:  July 19, 2016                   */s/ John P. Hallissy*
                                          *(as authorized on July 19, 2016)*
16                                         John P. Hallissy
                                          Sacino, Bertolino & Hallissy
17                                         A Professional Corporation
                                          608 University Avenue
18                                         Sacramento, California 95825
                                          Telephone (916) 649-2214
19                                         Facsimile (916) 649-9241
                                          jhallissy@sbhlawoffice.com
20                                         *Attorney for Defendants Access Premier Realty,*
                                          *Inc., Daniel Akulow, Dolores Valenzuela and*
21                                         *Elvia J. Addison*

22  \\

23  \\

24  \\

CASTELLANO, et al. v. ACCESS PREMIER REALTY, et al., No. 1:15-cv-00407-MCE-MJS
STIPULATION REGARDING JOINT SCHEDULING REPORT; ORDER THEREON

1

**ORDER**

2      Pursuant to the foregoing stipulation, and good cause appearing, the parties' deadline for

3  submitting the requisite Joint Status Report is hereby extended to August 25, 2016.

4      IT IS SO ORDERED.

5      Dated:  July 29, 2016

6

7  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CASTELLANO, et al. v. ACCESS PREMIER REALTY, et al., No. 1:15-cv-00407-MCE-MJS
STIPULATION REGARDING JOINT SCHEDULING REPORT; ORDER THEREON
Page 3